IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> ATICO INTERNATIONAL USA, INC., a Delaware corporation, and NEW ATICO INTERNATIONAL LIMITED CORPORATION, a Delaware corporation, <br><br> Defendants. | ) ) ) ) ) ) C.A. No. _____ ) ) ) ) ) ) ) ) ) ) ) |

## APPLE INC.'S RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Apple Inc. ("Apple") states the following: (i) Apple has no parent company; and (ii) no publicly held corporation owns 10% or more of Apple. Apple reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

OF COUNSEL:

Theodore T. Herhold
Angus M. MacDonald
Priya Sreenivasan
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301
650.326.2400

Dated: May 14, 2008

*/s/ Anne Shea Gaza*
Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302.651.7700

*Attorneys for Plaintiff Apple Inc.*