IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-283-*** |
| | ) | |
| ATICO INTERNATIONAL USA, INC., a | ) | |
| Delaware corporation, and NEW ATICO | ) | |
| INTERNATIONAL LIMITED | ) | |
| CORPORATION, a Delaware corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey L. Moyer of Richards, Layton & Finger, P.A. hereby enters his appearance on behalf of Plaintiff Apple Inc.

_____
Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302.651.7700
*Attorneys for Plaintiff Apple Inc.*

OF COUNSEL:

Theodore T. Herhold
Angus M. MacDonald
Priya Sreenivasan
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301
650.326.2400

Dated: May 15, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendants at the addresses and in the manner indicated below:

BY U.S. FIRST-CLASS MAIL

Atico International USA, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

New Atico International Limited
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road - Suite 400
Wilmington, DE 19808

Jeffrey L. Moyer (#3309)