IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-283-GMS |
| | ) | |
| ATICO INTERNATIONAL USA, INC., a | ) | |
| Delaware corporation, and NEW ATICO | ) | |
| INTERNATIONAL LIMITED | ) | |
| CORPORATION, a Delaware corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Theodore T. Herhold, Angus M. MacDonald and Priya Sreenivasan to represent Plaintiff, Apple Inc., in this matter.

OF COUNSEL:

Theodore T. Herhold
Angus M. MacDonald
Priya Sreenivasan
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301
650.326.2400

/s/ Anne Shea Gaza
Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Anne Shea Gaza
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302.651.7700
*Attorneys for Plaintiff Apple Inc.*

Dated: May 29, 2008

RLF1-3284539-1

## ORDER GRANTING MOTION

IT IS SO ORDERED that counsel's motion for admissions *pro hac vice* is GRANTED.

Dated:_____        _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_Theodore T. Herhold_
Theodore T. Herhold

Theodore T. Herhold
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA 94301
650-326-2400

Dated: May 19, 2008

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_____
Angus M. MacDonald

Angus M. MacDonald
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA  94301
650-326-2400

Dated: May 20, 2008

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon filing of this motion.

_____
Priya Sreenivasan

Priya Sreenivasan
Townsend and Townsend and Crew LLP
379 Lytton Avenue
Palo Alto, CA  94301
650-326-2400

Dated: 5/19/08

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 29, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendants at the addresses and in the manner indicated below:

### BY U.S. FIRST-CLASS MAIL

Atico International USA, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

New Atico International Limited
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road - Suite 400
Wilmington, DE 19808

Anne Shea Gaza (#4093)