IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 08-283-GMS |
| ATICO INTERNATIONAL USA, INC., a | ) | |
| Delaware corporation, and NEW ATICO | ) | |
| INTERNATIONAL LIMITED | ) | |
| CORPORATION, a Delaware corporation, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO EXTEND TIME**
**TO RESPOND TO COMPLAINT**

Plaintiff Apple Inc. ("Apple") respectfully requests that the Court grant this motion to extend the time by which defendants Atico International USA, Inc. and New Atico International Limited Corporation (collectively "Defendants") shall move, answer or otherwise respond to Apple's Complaint to and including July 21, 2008. Apple is bringing this motion in order to give Defendants time to retain local counsel in connection with this action.

RLF1-3287531-1

|  |  |
|---|---|
| OF COUNSEL.: | *[signature]* Anne Shea Gaza |
| Theodore T. Herhold | Frederick L. Cottrell III (#2555) |
| Angus M. MacDonald | cottrell@rlf.com |
| Priya Sreenivasan | Jeffrey L. Moyer (#3309) |
| Townsend and Townsend and Crew LLP | moyer@rlf.com |
| 379 Lytton Avenue | Anne Shea Gaza |
| Palo Alto, CA 94301 | gaza@rlf.com |
| 650.326.2400 | Richards, Layton & Finger, P.A. |
|  | One Rodney Square |
|  | 920 North King Street |
|  | Wilmington, DE 19801 |
| Dated: June 4, 2008 | 302.651.7700 |
|  | *Attorneys for Plaintiff Apple Inc.* |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF and caused the same to be served on the defendants at the addresses and in the manner indicated below:

BY U.S. FIRST-CLASS MAIL

Atico International USA, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

New Atico International Limited
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road - Suite 400
Wilmington, DE 19808

BY ELECTRONIC MAIL

Floyd B. Chapman
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
fchapman@wileyrein.com

Anne Shea Gaza (#4093)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 08-283-GMS |
| ) | |
| ATICO INTERNATIONAL USA, INC., a ) | |
| Delaware corporation, and NEW ATICO ) | |
| INTERNATIONAL LIMITED ) | |
| CORPORATION, a Delaware corporation, ) | |
| ) | |
| Defendants. ) | |

## ORDER

IT IS HEREBY ORDERED this _____ day of June, 2008 that plaintiff Apple Inc.'s Motion to Extend is GRANTED. Defendants shall have until July 21, 2008 to move, answer or otherwise respond to Apple's Complaint.

_____
Chief Judge Gregory M. Sleet, U.S.D.C.