IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 08-283-GMS |
| ATICO INTERNATIONAL USA, INC., a ) | |
| Delaware corporation, and NEW ATICO ) | |
| INTERNATIONAL LIMITED ) | |
| CORPORATION, a Delaware corporation, ) | |
| ) | |
| Defendants. ) | |

## ORDER

IT IS HEREBY ORDERED this _____ day of June, 2008 that plaintiff Apple Inc.'s Motion to Extend is GRANTED. Defendants shall have until June 25, 2008 to move, answer or otherwise respond to Apple's Complaint.

 _____
 Chief Judge Gregory M. Sleet, U.S.D.C.