IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | C.A. No. 08-283-GMS |
| ATICO INTERNATIONAL USA, INC., a ) | |
| Delaware corporation, and NEW ATICO ) | |
| INTERNATIONAL LIMITED ) | |
| CORPORATION, a Delaware corporation, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED by the parties hereto through their undersigned counsel and subject to the approval of the Court, that the time within which defendants Atico International USA Inc. and Atico International Limited Corporation (collectively "Defendants") must move, answer or otherwise respond to the Complaint is extended through and including July 8, 2008.

The reasons for this extension are: (1) the additional time would allow the parties to explore settlement possibilities to resolve the case; and (2) this will allow Defendants to confer with recently retained Delaware counsel and prepare a response. This extension should not disrupt the schedule in the case, as there has been no initial conference with the Court and there is no Scheduling Order in place at this time.

| RICHARDS LAYTON & FINGER, P.A. | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| */s/ Jeffery L. Moyer*<br>Frederick L. Cottrell III (#2555)<br>cottrell@rlf.com<br>Jeffrey L. Moyer (#3309)<br>moyer@rlf.com<br>Anne Shea Gaza(#4093)<br>gaza@rlf.com<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700 | */s/ Kevin F. Brady*<br>Collins J. Seitz, Jr. (#2237)<br>cseitz@cblh.com<br>Kevin F. Brady (#2248)<br>kbrady@cblh.com<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>302-658-9141 |
| *Attorneys for Plaintiff Apple Inc.* | *Attorneys for Defendants, Atico International USA, Inc., and New Atico International Limited Corporation* |
| DATED: June 25, 2008 | DATED: June 25, 2008 |
| OF COUNSEL: | OF COUNSEL: |
| Theodore T. Herhold<br>ttherhold@townsend.com<br>Angus M. MacDonald<br>ammacdonald@townsend.com<br>Priya Sreenivasan<br>psreenivasan@townsend.com<br>Townsend and Townsend and Crew LLP<br>379 Lytton Avenue<br>Palo Alto, CA 94301<br>650-326-2400 | Floyd B. Chapman<br>fchapman@wileyrein.com<br>Wiley Rein LLP<br>1776 K Street, NW<br>Washington, DC 20006<br>202-719-7308 |

SO ORDERED this _____ day of _____, 2008.

_____
Chief Judge Gregory M. Sleet

619120-1                                       2