IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> ATICO INTERNATIONAL USA, INC., a Delaware corporation, and NEW ATICO INTERNATIONAL LIMITED CORP., a Delaware corporation, <br> Defendants. | § § § § § § § § § § § § § § § C.A. No. 1:08-cv-00283-GMS <br><br> **JURY TRIAL DEMANDED** |

**ATICO INTERNATIONAL USA, INC. AND
NEW ATICO INTERNATIONAL LIMITED CORPORATION'S
DISCLOSURE STATEMENT
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1</u>**

The undersigned counsel of record for defendants Atico International USA, Inc. and New Atico International Limited Corp. believe and certify there are no parent corporations not already parties, and there are no publically held corporations that own 10 % or more of the stock of either defendant.

OF COUNSEL:

Floyd B. Chapman
FChapman@wileyrein.com
Robert J. Scheffel
RScheffel@wileyrein.com
Kevin Anderson
KAnderson@wileyrein.com
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
202-719-7308

DATED: July 8, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (Bar No. 2237)
Kevin F. Brady (Bar No. 2248)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
cseitz@cblh.com
kbrady@cblh.com

*Attorneys for Defendants, Atico International USA, Inc., and New Atico International Limited Corporation*

## CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., hereby certify that on July 8, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered counsel of record via e-mail.

/s/ Collins J. Seitz, Jr.
Collins J. Seitz, Jr. (Bar No. 2237)
cseitz@cblh.com